**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 12 2005

**RONALD CARTER**

**Plaintiff,**

**V.** **Civil Action No. 05-133-L**

**HOME DEPOT U.S.A., INC.,**

**Defendant.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that the above-captioned action be dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

Respectfully submitted,

RONALD CARTER,
By His Attorneys,

Patrice E. Andrews (#4321)
Carly Beauvais Iafrate (#6343)
170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966

Dated: 10/12/05

Respectfully submitted,

HOME DEPOT,U.S.A., INC.
By Its Attorneys,

Kristin E. Rodgers (#4842)
BLISH & CAVANAGH LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

Dated: 10/12/05

Enter: Ronald R. Lagueux
Sr. USDJ 10/18/05